IN THE CIRCUIT COURT OF THE
17TH JUDICIAL CIRCUIT IN AND
FOR BROWARD COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

**FOREST HILLS CONDOMINIUM, INC.,**   CASE NO.:

    **Plaintiff,**

v.                                                       10  42591

**NATIONWIDE MUTUAL FIRE
INSURANCE COMPANY,**

    **Defendant.**

_____/

### COMPLAINT FOR DAMAGES

The Plaintiff, **FOREST HILLS CONDOMINIUM, INC.**, by and through the undersigned attorney files this Complaint for Damages against the Defendant, **NATIONWIDE MUTUAL FIRE INSURANCE COMPANY** hereinafter "**NATIONWIDE**," a domestic insurance company, and as grounds therefore states:

### GENERAL ALLEGATIONS

1. That this is an action exceeding Fifteen-Thousand Dollars ($15,000.00), exclusive of costs.

2. That at all times material to this cause of action, the Plaintiff, FOREST HILLS CONDOMINIUM, INC., hereinafter "Plaintiff" was and is a condominium association organized under Chapter 718, Florida Statutes. It is the association for the condominium building known as Forest Hills Condominium Association ("the Condominium"), located at 3351 NW 85 Avenue, Coral Springs, Florida 33065. The Association is responsible for the operation and maintenance of the Condominium.

3. That at all times material to this cause of action, the Defendant, NATIONWIDE, was a company set up to provide insurance and is licensed to do and doing insurance business in Broward County, Florida, and throughout the State of Florida.

4. Plaintiff purchased a commercial insurance, Policy No. 77 BP 012-654-0003



EXHIBIT A

from Defendant, NATIONWIDE, which insured the Plaintiff's property located at 3351 NW 85 Avenue, Coral Springs, Florida 33065. Plaintiff is without a copy of the policy, but the Defendant would be in possession of same. A true and correct copy of the declaration page is attached hereto as Exhibit "A").

5. Plaintiffs have paid all premiums in said policy, and the policy was in full force and effect at all relevant times herein.

6. On or about October 24, 2005, Plaintiff suffered damages to its property located at 3351 NW 85 Avenue, Coral Springs, Florida 33065.

7. The damage to the Plaintiff's property was due to Hurricane Wilma and therefore covered peril under the policy.

8. The Defendant acknowledged the instant claim and assigned claim number 77 09 BP 343315 10242005 51.

9. Plaintiff has made application for insurance benefits under the policy, but Defendant/Insurer, NATIONWIDE, has failed and refused to pay said benefits the Plaintiff is entitled to for their loss.

10. All conditions precedent to obtaining payment of said benefits under the policy from Defendant/Insurer, NATIONWIDE, have been complied with, met, or waived.

## COUNT I
## BREACH OF CONTRACT

The Plaintiffs re-allege all allegations contained in paragraphs 1 through 10, and further allege the following:

11. That on or about October 24, 2005, Plaintiff's property located at 3351 NW 85 Avenue, Coral Springs, Florida 33065, insured by the Defendant, NATIONWIDE, suffered damages caused by Hurricane Wilma, a peril insured under the aforementioned subject policy.

12. That the Plaintiff has complied with all conditions precedent to bringing all causes of action alleged in this complaint or the Defendant, NATIONWIDE, have waived or is estopped from asserting the same.

13. That Defendant, NATIONWIDE, has breached its insurance contract by failing to

pay all of the aforementioned benefits due and owing under the policy.

14. Plaintiff has been damaged by Defendant's breach and demand benefits under the policy as a result of sustaining a covered loss. Plaintiff is further entitled to all of its recovery authorized under Florida Law, including, but not limited to, pre-judgment interest, costs and expert fees.

15. Because of Defendant's, NATIONWIDE, refusal to pay the losses sustained by the Plaintiff, the Plaintiff has retained the services of the undersigned attorneys and is obligated to pay a reasonable fee for their services. The Plaintiff is entitled to attorney's fee pursuant to Florida Statute §627.428.

WHEREFORE, the Plaintiff prays for damages for the amount of its losses herein against the Defendant, and for attorneys' fees, costs, prejudgment interest and demands trial by jury of all issues triable as of right by a jury.

DATED this 20th day of October, 2010.

Respectfully submitted.

**WELT & RHEAUME, P.A.**
Attorneys for Plaintiff
4770 Hollywood Boulevard
Hollywood, Florida 33021
(954) 966-4646 Telephone
(954) 966-4642 Facsimile

BY: _____
JUAN ESCAR
Florida Bar No. 64806

# BUSINESS PROVIDER POLICY DECLARATIONS

Issued By: NATIONWIDE MUTUAL FIRE INSURANCE COMPANY

Policy Number: RENEWAL
77 BP 012-654-0003

Named Insured / Mailing Address:
FOREST HILLS CONDOMINIUM ASSOCIATION INC
C/O BENCHMARK PROPERTY MANAGEMENT INC
7932 WILES ROAD
CORAL SPRINGS FL 33067

Form of Business:
- [ ] Partnership
- [ ] Sole Proprietorship
- [ ] Other:
- [X] Corporation

Policy Period: From FEBRUARY 21, 2005 to FEBRUARY 21, 2006 at 12:01 A.M. * Standard Time at your mailing address. *Exceptions: 12:00 Noon in New Hampshire

Described Premises:

| Prem. No. | Bldg. No. | Location Address | Description of Business |
|---|---|---|---|
| 001 | 01 | 3351 NW 85TH AVE CORAL SPRINGS FL 33065 | CONDO-RESIDENTIAL |

Mortgage Holder Name and Address:

| Prem. No. | Bldg. No. | Mortgage Holder | Mortgage Holder |
|---|---|---|---|

**IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE TO PROVIDE YOU WITH THE INSURANCE AS STATED IN THIS POLICY.**

PROPERTY COVERAGES  [ ] Standard Form  [X] Special Form

LIMITS OF INSURANCE

| | Premises No. | Building No. |
|---|---|---|
| | 001 | 01 |
| Buildings -- Replacement Cost | $ 1,542,000 | |
| Actual Cash Value | $ | |
| Automatic Increase | | 2 % |
| Business Personal Property | $ INCL IN BLDG LIMIT | |

Deductible $ 1,000   This Policy Includes Business Income and Extra Expense Coverage.

Exhibit "A"

BPP-0001 (7-94)                                               Page 1 of 3

# BUSINESS PROVIDER POLICY DECLARATIONS

Nationwide

| OPTIONAL PROPERTY COVERAGES — Applicable only if an "X" is shown in the boxes below: | LIMITS OF INSURANCE | |
|---|---|---|
| [X] Outdoor Signs | $ 2,500 | Per Sign |
| [X] Exterior Glass | INCL IN BLDG LIMIT | |
|     [X] Basement/ground floor level | | |
|     [X] All floors | | |
| [ ] Interior Glass | | |
|     [ ] Basement/ground floor level | | |
|     [ ] All floors | | |
| [ ] Burglary and Robbery (Standard Form only) | $ | Inside the Premises |
| | $ | Outside the Premises |
|     or | $ 2,000 | Inside the Premises |
| [X] Money and Securities (Special Form only) | $ 2,000 | Outside the Premises |
| [X] Employee Dishonesty | $ 10,000 | |
| [ ] System Protector | | |
| [ ] Earthquake ____ % Deductible | $ | |
| [X] VALUABLE PAPERS & RECORDS | $ 5,000 | |
| [X] ACCOUNTS RECEIVABLE | $ 50,000 | |
| [ ] | $ | |
| [ ] | $ | |
| [ ] | $ | |
| [ ] | $ | |

| LIABILITY AND MEDICAL EXPENSE COVERAGES | LIMITS OF INSURANCE | |
|---|---|---|
| Liability and Medical Expense | $ 1,000,000 | Any One Occurrence |
| Personal and Advertising Injury | Included in Above — Any One Person or Organization | |
| Medical Expenses | $ 5,000 | Any One Person |
| Fire Legal Liability | $ 50,000 | Any One Fire or Explosion |
| General Aggregate Limit (other than Products-Completed Operations and Fire Legal Liability) | $ 2,000,000 | |
| Products-Completed Operations Aggregate Limit | $ 1,000,000 | |

| OPTIONAL LIABILITY — Applicable only if an "X" is shown in the boxes below: | LIMITS OF INSURANCE |
|---|---|
| [X] DIRECTORS & OFFICERS E&O | $ SEE ENDORSEMENT BPP-0194 |
| [ ] | $ |
| [ ] | $ |

# BUSINESS PROVIDER POLICY DECLARATIONS

**FORMS APPLICABLE TO ALL PREMISES AND BUILDINGS:**

| | | |
|---|---|---|
| BPP 0004-0794 | BPP 0007-0704 | CAS 3228 |
| CAS 2527 B-0794 | BPP 0083-0794 | CAS 3880-0897 |
| CAS 6283-0403 | BPP 0172-0100 | CAS 6234-1102 |
| CAS 6216-1102 | CAS 6217-1102 | IL 09 85-0103 |
| BPP 0006-0102 | CAS 3687 A-0194 | CAS 4847-0501 |
| BPP 0068-0794 | BPP 0118-0794 | BPP 0194-0203 |
| BPP 0018-0104 | BPP 0019-1197 | BPP 0065-0794 |
| BPP 0096-0794 | BPP 0121-0794 | BPP 0162-1196 |

**PREMIUM**

Total Annual Premium ............................................................................... $ 10,992.99

Includes the following miscellaneous charges

FLORIDA DOR SURCHARGE ....... $ 10.99

F.M.A.P. SURCHARGE ....... $ 4.00

....... $

....... $

....... $

In the event you cancel the policy, we will retain not less than $ 400   premium.

| | | | |
|---|---|---|---|
| Date of Issue: | 02-22-05 | Issuing Office: | P.O. BOX 147080<br>GAINESVILLE, FL 32614 |
| Countersignature Date: | | Agency At: | FORT LAUDERDALE FL 33309 |
| | | Agent: | - FULTON AGENCY I |

1100629-09

BPP-0001 (7-94)

Nationwide

# BUSINESS PROVIDER POLICY
# SUPPLEMENTAL DECLARATIONS

Policy Number:   RENEWAL
77 BP 012-654-0003

**Described Premises:**

| Premises No. | Bldg. No. | Location Address | Description of Business |
|---|---|---|---|
| 002 | 01 | 3361 NW 85TH AVE<br>CORAL SPRINGS FL 33065 | CONDO-RESIDENTIAL |

**Mortgage Holder Name and Address:**

| Premises No. | Bldg. No. | Mortgage Holder | Mortgage Holder |
|---|---|---|---|
| | | | |

| PROPERTY COVERAGES | LIMITS OF INSURANCE | |
|---|---|---|
| | Premises No. | Building No. |
| | 002 | 01 |
| Buildings -- Replacement Cost | $ 1,455,000 | |
|    Actual Cash Value Option | $ | |
|    Automatic Increase | | 2 % |
| Business Personal Property | $ INCL IN BLDG LIMIT | |
| Deductible $ 1,000    This Policy Includes Business Income and Extra Expense Coverage. | | |

| OPTIONAL PROPERTY COVERAGES —<br>Applicable only if an "X" is shown in the boxes below: | LIMITS OF INSURANCE | |
|---|---|---|
| [X] Outdoor Signs | $ 2,500 | Per Sign |
| [X] Exterior Glass | | |
|   [X] Basement/Ground Floor Level | INCL IN BLDG LIMIT | |
|   [X] All Floors | | |
| [ ] Interior Glass | | |
|   [ ] Basement/Ground Floor Level | | |
|   [ ] All Floors | | |
| [ ] Burglary and Robbery (Standard Form only) | $<br>$ | Inside the Premises<br>Outside the Premises |
| or<br>[X] Money and Securities (Special Form only) | $ 2,000<br>$ 2,000 | Inside the Premises<br>Outside the Premises |
| [X] Employee Dishonesty | Included | |
| [ ] Systems Protector | | |
| [ ] Earthquake _____ % Deductible | $ | |
| [X] VALUABLE PAPERS & RECORDS | $ 5,000 | |
| [X] ACCOUNTS RECEIVABLE | $ 50,000 | |
| [ ] | $ | |
| [ ] | $ | |
| [ ] | $ | |
| [ ] | $ | |

BPP-0002 (7-94)

| | BUSINESS PROVIDER POLICY |
|---|---|
| Nationwide | SUPPLEMENTAL DECLARATIONS |

| Policy Number: | RENEWAL |
|---|---|
| 77 BP 012-654-0003 | |

**FORMS APPLICABLE ONLY TO SPECIFIC PREMISES/COVERAGES:**

| Premises No. | Bldg. No. | Form Number | * Coverage |
|---|---|---|---|
| 001 | 01 | BPP 0070-0794 | |
| 001 | 01 | BPP 0072-0794 | |
| 001 | 01 | CAS 4487-0693 | |
| 001 | 01 | BPP 0117-0794 | |
| 002 | 01 | BPP 0070-0794 | |
| 002 | 01 | BPP 0072-0794 | |
| 002 | 01 | CAS 4487-0693 | |

* If information required to complete the coverage section is not shown, refer to the form indicated at left.

BPP-0003 (7-94)